■ NATIONAL TELECANVASS ASSOCIATES, LTD., Respondent, v STEPHEN SMITH et al., Appellants. — In an action to recover damages for breach of contract, defendants appeal from an order and judgment (one paper) of the Supreme Court, Rockland County, entered August 11, 1980, which granted plaintiff's motion for summary judgment. Order and judgment reversed, with $50 costs and disbursements, and motion is denied. The affidavits submitted by defendants in opposition to this motion for summary judgment indicate that there exist triable issues of fact regarding plaintiff's performance under the contract and who, in fact, was the breaching party. Thus, plaintiff's motion should have been denied and a trial held on the issues. Mollen, P. J., Hopkins, Weinstein and Thompson, JJ., concur.

■ VERONICA REILLY, Appellant, v HOLLIS SHAW et al., Respondents. — In a proceeding pursuant to CPLR article 78, *inter alia,* to review a determination of the respondents terminating petitioner's employment, petitioner appeals from a judgment of the Supreme Court, Dutchess County, dated April 28, 1980, which dismissed the proceeding. Judgment affirmed, without costs or disbursements. There was substantial compliance with 4 NYCRR 4.5 (i) (now 4 NYCRR 4.5 [a] [5] [iii]). (See *Matter of Covelli v Luger,* 37 AD2d 1042; *Matter of Rosenberg v Wickham,* 36 AD2d 881.) Moreover, the record reflects that respondents acted in good faith when they terminated petitioner's employment. Mollen, P. J., Hopkins, Weinstein and Thompson, JJ., concur.

■ BEVERLY T. RUSSO, Respondent, v GABRIEL ROSENFELD et al., Appellants. (Action No. 1.) BEVERLY T. RUSSO, Appellant, v CHARLES G. BANKS, JR., et al., Respondents. (Action No. 2.) — Judgment of the Supreme Court, Westchester County, dated October 28, 1980, affirmed, without costs or disbursements, on the opinion of Mr. Justice Gagliardi at Special Term. Mollen, P. J., Hopkins, Weinstein and Thompson, JJ., concur.